# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Live Face on Web, LLC

                                      Plaintiff,

v.                                                               Case No.: 1:16–cv–08608
                                                              Honorable John Robert Blakey

Cremation Society of Illinois, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 1, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic status hearing held on 11/1/2023. Defendants appeared but Plaintiffs failed to appear. As a result, the Court proceeds on remand without Plaintiffs' input. When the Seventh Circuit remanded the case on 8/11/23, it instructed this Court to reconsider its denial of fees "with the benefit of" the Seventh Circuit's views concerning the relevant factors. Based upon the Court of Appeals' analysis, viewing the facts as the court viewed them, and in light of Plaintiffs' failure to appear to contest any fee award, this Court now awards fees. Defendants remain entitled to a strong presumption of fees, and, as the Court of Appeals determined, Plaintiff failed to overcome that presumption. An award of fees is thus proper. Consistent with the Court of Appeals' decision, the Court thus awards Defendants fees, including the fees incurred in pursuing the appeal. Defendants shall file an updated fee petition (with supporting materials) by 11/15/23. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.